IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CARPENTER,

    Petitioner,        No. CIV S-05-1255 MCE KJM P

    vs.

SCOTT KERNAN, Warden, et al.,

    Respondents.        ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner has paid the filing fee.

    The application attacks a conviction issued by the Pomona Superior Court (Los Angeles County). While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Central District of California.
3 DATED: June 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/bb
carp1255.108